UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FREDERICK FAUST
on behalf of himself and
all other similarly situated consumers

                                       Plaintiff,

-against-

PROFESSIONAL CLAIMS BUREAU, INC.

                                       Defendant

---

NOTICE OF DISCONTINUANCE
Case# 17-CV-6036

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 15 2017 ★
LONG ISLAND OFFICE

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

It Is Hereby Stipulated and agreed, by counsel on behalf of the Plaintiff, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs or disbursements to either party.

We respectfully request the Court provide that the parties may seek to reopen the matter for forty five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

Dated: Nassau, New York
December 14, 2017

*The Clerk of the Court shall close the case.*

**SO ORDERED**

s/ Joseph F. Bianco
Joseph F. Bianco
USDJ
Date: Dec 15 2017
Central Islip, N.Y.

/s/ Jacob Silver

---

**Jacob Silver**
Attorney At Law
237 Club Dr.
Woodmere, NY 11598
(718) 855-3834
(718) 797-4141 – Fax